UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Marc Thompson, et al., *Plaintiffs*, | § § § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-02464 |
| Capstone Logistics, LLC, et al., *Defendants*. | § § § § | |

### ORDER

It is hereby **ORDERED** that Plaintiffs' Motion for Leave to File a Reply to Defendants' Response in opposition to their Motion for Partial Summary Judgment [Doc. # 187] is **GRANTED**. It is further **ORDERED** that Plaintiffs are hereby granted leave of Court to file a Reply to Defendants' Response in opposition to their Motion for Partial Summary Judgment with fourteen (14) days of the entry of this Order.

**SIGNED** in Houston, Texas, this _____ day of _____, 2017.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE